**STATE of Missouri, Respondent,**

v.

**Javion Martae WALLACE, Appellant.**

**No. WD 72378.**

Missouri Court of Appeals,
Western District.

Sept. 20, 2011.

Matthew Ward, Columbia, MO, for Appellant.

Robert J. Bartholomew, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

## ORDER

PER CURIAM:

Javion Martae Wallace appeals the circuit court's judgment convicting him of unlawful use of a weapon. We affirm. Rule 30.25(b).